## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY NAHAS, | : | No. 392 WAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (SYNERGISTIC PARTNERS, | : | |
| INC.), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.